| Disciplinary Counsel, | : | Case No. 2005–1546 |
| Relator, | : | |
| v. | : | ORDER |
| Daniel Edward McKenna, | : | |
| Respondent. | : | |

It is ordered by this court, sua sponte, that Daniel Edward McKenna, Attorney Registration No. 0069944, last known business address in Woodstock, Virginia, is found in contempt for failure to comply with this court's order of February 22, 2006, to wit: Failure to file an affidavit of compliance on or before March 24, 2006, and failure to pay board costs in the amount of $15.10 on or before May 23, 2006.

| In the Matter of the Resignation of | : | Case No. 2006–1116 |
| John Michael Ruggiero. | : | |
| | : | ORDER |

It is ordered by this court, sua sponte, that John Michael Ruggiero, Attorney Registration No. 0025784, last known business address in Rutland, Vermont, is found in contempt for failure to comply with this court's order of August 3, 2006, to wit: Failure to surrender his Certificate of Admission and file an affidavit of compliance on or before September 3, 2006.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 9, 2007*

[Cite as *01/09/2007 Case Announcements*, 2007-Ohio-37.]

## MOTION AND PROCEDURAL RULINGS

**2003–1572.   State ex rel. Howard v. Indus. Comm.**
Franklin App. No. 97AP–860. This cause came on for further consideration upon appellant's motion for leave to file a complaint for a writ of mandamus. Upon consideration thereof,
   It is ordered by the court that the motion for leave is denied.

**2006–2230.   Bd. of Edn. for the Orange City School Dist. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2004–A–738, 2004–A–739, 2004–A–742, 2004–A–743, 2004–A–747, and 2004–A–748. This cause is pending before the court as an appeal from the Board of Tax Appeals.
   It is ordered by the court, sua sponte, that briefing in this case is stayed.
   It is further ordered that appellant shall show cause why this case should not be dismissed on one or both of the following grounds: (1) For lack of an appealable order under R.C. 5717.04 and/or (2) pursuant to the doctrine of res judicata. Appellant shall file a memorandum of law addressing these issues within twenty days of the date of this order. Appellees shall file a responsive memorandum within ten days of the filing of appellant's memorandum, and appellant may file a reply memorandum within five days of the filing of appellees' memorandum. The memoranda shall not exceed fifteen pages in length, and no extensions of time shall be permitted.